**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND,

                        Plaintiff,          **23-CV-9703 (JHR) (VF)**

      -against-                        **ORDER**

MENSCH MILLWORK CORP.,

                        Defendant(s).
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendant is directed to respond to Plaintiff's motion at ECF No. 38 by **March 4, 2025**.

                **SO ORDERED.**

DATED:    New York, New York
                February 21, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge